1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                         SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,          )  Case No. CR 07-0119 MAG
                                      )
11         Plaintiff,                 )
                                      )
12    v.                              )  [~~PROPOSED~~] ORDER FOR SUMMONS
                                      )
13 TANIA HILL,                        )
                                      )
14         Defendant.                 )
   _____)

15

16    Having reviewed the Declaration of Brigid S. Martin, the Court finds that probable cause

17 exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.

18 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Tania Hill,

19 463 Wooster Avenue #F8, San Jose, California, 95116, to appear on April 23, 2007 at 9:30 am

20 before Magistrate Judge Edward M. Chen to answer the Information that has been filed by the

21 United States Attorney.

22

23    IT IS SO ORDERED.

24    Dated: 3/13/7
                                         _____
25                                       Joseph
                                         United
26                                               Judge Joseph C. Spero

27

28

ORDER FOR SUMMONS
Case No. CR 07-0119 MAG