1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                       NORTHERN DISTRICT OF CALIFORNIA
9                              SAN FRANCISCO DIVISION

10  UNITED STATES OF AMERICA,         )   Case No. CR 07-0119 MAG
                                      )
11       Plaintiff,                   )
                                      )
12    v.                              )   [PROPOSED] ORDER FOR SUMMONS
                                      )
13  TANIA HILL,                       )
                                      )
14       Defendant.                   )
    _____ )

15

16       Having reviewed the Declaration of Brigid S. Martin, the Court finds that probable cause
17  exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
18  58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant Tania Hill to
19  appear on June 21, 2007 at 9:30 a.m., before Magistrate Judge Bernard Zimmerman to answer
20  the Information that has been filed by the United States Attorney.

21
22       IT IS SO ORDERED.
23  Dated: 4/24/07
                                               _____
24                                             EDWARD M. CHEN
                                               United States Magistrate Judge
25
26
27
28

ORDER FOR SUMMONS
Case No. CR 07-0119 MAG