AO 245D (Rev. AO 09/11-CAN  07/14) Judgment in Criminal Case of Revocations

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
|  | ) | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) |  |
| Tania Hill | ) | USDC Case Number:  CR-7-00119-001 MEJ |
|  | ) | BOP Case Number:  DCAN307CR00119-001 |
|  | ) | USM Number:  66721-179 |
|  | ) | Defendant's Attorney:  Geoffrey A. Hansen  (AFPD) |

**THE DEFENDANT:**

☑  admitted guilt to violation of condition(s): <u>Charge One</u> of the term of supervision.

☐  was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failure to refrain from the use of controlled substances | July 8, 2015 |
|  |  |  |
|  |  |  |
|  |  |  |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑  Charges Two, Three, Four, and Five were dismissed by The Court on motion of the Assistant U.S. Attorney.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: <u>4649</u>

Defendant's Year of Birth: <u>1967</u>

City and State of Defendant's Residence:
<u>San Francisco, California</u>

9/10/2015
Date of Imposition of Judgment

Signature of Judge
The Honorable Maria-Elena James
United States Magistrate Judge
Name & Title of Judge

Date.   September 14, 2015
Date Signed

AO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case

DEFENDANT: Tania Hill  
CASE NUMBER: CR-7-00119-001 Judge's Initial

Judgment - Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
30 days custody with no supervision to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL